UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : Criminal No. 25-cr-127 (BAH) |
| | : |
| **STEPHAN FREEMAN,** | : |
| | : |
| Defendant. | : |

**UNOPPOSED MOTION TO CONTINUE**

The United States of America, by and through its attorneys, the United States Attorney for the District of Columbia, respectfully request that this Court vacate the upcoming motions briefing schedule and continue the deadlines one week. The government apologizes for filing this motion beyond the four-day deadline for seeking an extension of time under this Court's Standing Order for Criminal Cases.

1. The original date of the deadlines this motion is seeking to extend is August 8, 2025 (motions), August 22, 2025 (oppositions), and August 29, 2025 (replies and joint pre-trial statement).

2. There have not been any extensions of time or continuances granted to any party in the duration of this matter.

3. The government and defense have been working on their supplemental briefs for the pending the Motion to Suppress.

4. Granting this motion will allow both parties to fully draft and file all necessary pretrial motions.

5. The government proposes the new dates as follows: by August 15, 2025, the parties shall file any pretrial motions, including any Motions *in Limine*, with responses due August 29,

2025, and replies due September 5, 2025. By September 5, 2025, the parties shall file their Joint Pretrial Statement.

      6.      The defense does not oppose this motion.

Therefore, the United States respectfully request that the Court reschedule the motions briefing schedule for the following week.

                  Respectfully submitted,

                  JEANINE FERRIS PIRRO
                  UNITED STATES ATTORNEY

                  /s/ Haley M. Pennington
                  HALEY M. PENNINGTON
                  Special Assistant United States Attorney
                  Illinois Bar No. 6349612
                  JOHN PARRON
                  NY Bar No. 5808522 / PA Bar No. 324503
                  United States Attorney's Office
                  601 D Street, N.W.
                  Washington, D.C. 20530
                  Telephone: 202-740-4684
                  Email: haley.pennington2@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 25-cr-127 (BAH) |
| v. : | |
| : | |
| STEPHAN FREEMAN : | |
| : | |
| **Defendant.** : | |

**[PROPOSED] ORDER**

Upon consideration of the United States' motion to continue the motions briefing schedule, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the motions briefing schedule will reflect the following:

By August 15, 2025, the parties shall file any pretrial motions, including any Motions in Limine, with responses due August 29, 2025, and replies due September 5, 2025. By September 5, 2025, the parties shall file their Joint Pretrial Statement.

Date: _____

THE HONORABLE BERYL A. HOWELL
UNITED STATES DISTRICT JUDGE