UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 25-cr-127 (BAH) |
| | : |
| STEPHAN FREEMAN, | : |
| | : |
| Defendant. | : |

## STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and in compliance with this Court's September 4, 2025, minute order, submits this Status Report prior to the Status Conference scheduled for September 12, 2025.

The Government previously provided a Status Report to Chambers and defense counsel on August 28, 2025.[1] The Status Report indicated the Government was still evaluating how it intended to proceed in light of the Court's ruling and that the Government would provide the Court with an update via Status Report on September 4, 2025.

Accordingly, the Government advises that it is still evaluating how it intends to proceed. The Government's decision-making process is a lengthy one and requires review from the Appellate Division at the U.S. Attorney's Office, the Criminal Appellate Division at the Department of Justice, and finally the Office of the Solicitor General. At this time, the Government is awaiting a final decision from the Office of the Solicitor General. The Government will continue to work diligently to reach its determination.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

---

[1] Because PACER was down at the time, the government provided its August 28, 2025 Status Report via email, and filed it on the docket on September 4, 2025.

/s/ _____
HALEY PENNINGTON
Special Assistant United States Attorney
Illinois Bar No. 6349612
JOHN PARRON
NY Bar No. 5808522 / PA Bar No. 324503
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: 202-740-4684
Email: haley.pennington2@usdoj.gov