UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**STEPHAN FREEMAN,**<br><br>Defendant. | Case No. 25-cr-00127 (BAH) |

### GOVERNMENT'S MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, moves to dismiss the criminal indictment against defendant Stephan Freeman, without prejudice. *See* Federal Rule of Criminal Procedure 48(a) (allowing for dismissals of indictments with leave of the court); *see also United States v. Karake*, 2007 WL 8045732, at *1 (D.D.C. Feb. 7, 2007) (Huvelle, J.) (holding that dismissal under Rule 48 should generally be without prejudice). The government has determined that dismissal of this matter is in the interests of justice. Therefore, the government requests that the Court dismiss the criminal indictment against defendant Stephan Freeman without prejudice.

Respectfully submitted,

JEANNINE FERRIS PIRRO
UNITED STATES ATTORNEY

/s/
HALEY M. PENNINGTON
Special Assistant United States Attorney
Illinois Bar No. 6349612
JOHN PARRON
NY Bar No. 5808522 / PA Bar No. 324503
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: 202-740-4684
Email: haley.pennington2@usdoj.gov